UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 1:02-PT-33

v.                                           Hon. Richard Alan Enslen

JAMES ARTHUR PAYNE,

      Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 3, 2007, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that a Judgment in a criminal case for revocation of supervised release shall issue consistent with the Report and Recommendation.

                                              /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
      August 20, 2007           SENIOR UNITED STATES DISTRICT JUDGE